**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Bruce Fallows, | : |
|  | : |
|  | : Civil Action No.:  1:14-cv-13763-NMG |
| Plaintiff, | : |
| v. | : |
|  | : |
| Receivables Performance Management, | : |
| L.L.C.; and DOES 1-10, inclusive, | : |
|  | : |
| Defendants. | : |
|  | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Bruce Fallows ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 15, 2014

Respectfully submitted,

By: /s/ Sergei Lemberg
    Sergei Lemberg, Esq.
    BBO No.: 650671
    LEMBERG LAW, LLC
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg